# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                          |   Case No. 13-33358

    James F Pundavela

    Teresita H Pundavela

        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on 08/21/2013.

2)   The plan was confirmed on 11/06/2013.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)   The case was dismissed on 12/24/2014.

6)   Number of months from filing to last payment: 16.

7)   Number of months case was pending: 19.

8)   Total value of assets abandoned by court order: NA.

9)   Total value of assets exempted: NA.

10)  Amount of unsecured claims discharged without payment: $0.00.

11)  All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $10,683.00 | |
| Less amount refunded to debtor | $666.00 | |
| **NET RECEIPTS:** | | **$10,017.00** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,856.70 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $457.16 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,313.86** |

Attorney fees paid and disclosed by debtor: $0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AAMS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Unsecured | 552.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Unsecured | 1,048.00 | NA | NA | 0.00 | 0.00 |
| AAMS LLC | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS HOSPITAL | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Algonquin Family Healthcare | Unsecured | 145.00 | NA | NA | 0.00 | 0.00 |
| Allied Benefit System | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| AMERICOLLECT INC | Unsecured | 38.00 | NA | NA | 0.00 | 0.00 |
| ARNOLD SCOTT HARRIS | Unsecured | 2,073.00 | NA | NA | 0.00 | 0.00 |
| AT T MIDWEST | Unsecured | 201.00 | NA | NA | 0.00 | 0.00 |
| Best Practices Inpatient Care | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |
| CashCall | Unsecured | 2,008.00 | NA | NA | 0.00 | 0.00 |
| Centegra Health System | Unsecured | 785.00 | NA | NA | 0.00 | 0.00 |
| CENTEGRA HOSPITAL | Unsecured | 495.00 | 175.00 | 175.00 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 1,117.50 | 1,117.50 | 0.00 | 0.00 |
| CFI Resorts | Unsecured | 675.00 | NA | NA | 0.00 | 0.00 |
| CHARMAINE GO | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 5,276.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 2,086.00 | 571.98 | 571.98 | 0.00 | 0.00 |
| Choice Recovery | Unsecured | 144.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| Comcast Central Division EQ | Unsecured | 555.00 | NA | NA | 0.00 | 0.00 |
| Comcast Central Division EQ | Unsecured | 699.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL OF IL LLC | Unsecured | 310.00 | 496.34 | 496.34 | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 351.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 794.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 759.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SE | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| Eva Balawander | Unsecured | 6,203.00 | NA | NA | 0.00 | 0.00 |
| Fe H Vergara | Unsecured | 31,696.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Fingerhut | Unsecured | 505.00 | NA | NA | 0.00 | 0.00 |
| Fox Valley Hematology/Oncology | Unsecured | 87.00 | NA | NA | 0.00 | 0.00 |
| H & R Accounts | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| H & R Accounts INC | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 137.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 1,195.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE CORPORATION | Secured | 500.00 | 2,091.48 | 500.00 | 116.33 | 15.22 |
| HEIGHTS FINANCE CORPORATION | Unsecured | 1,571.00 | 0.00 | 1,591.48 | 0.00 | 0.00 |
| HERMIE BALINGIT | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 251.00 | 1,480.48 | 1,480.48 | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| JENA MAE AMERICARE TECHNICAL | Unsecured | 8,900.00 | 147.71 | 147.71 | 0.00 | 0.00 |
| JENA MAE AMERICARE TECHNICAL | Unsecured | NA | 9,569.92 | 9,569.92 | 0.00 | 0.00 |
| Luisa | Unsecured | 2,600.00 | NA | NA | 0.00 | 0.00 |
| McHenry Radiologist/Imaging | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| MDC ENVIRONMENTAL SERVICES | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| MERCY HEALTH SYSTEMS | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 800.00 | 481.76 | 481.76 | 0.00 | 0.00 |
| Midwest Retina Consultant | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| Moraine Emergency Physicians | Unsecured | 1,240.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CASSEL | Secured | 2,065.00 | 2,224.07 | 2,065.00 | 981.97 | 70.33 |
| NATIONWIDE CASSEL | Unsecured | NA | NA | 159.07 | 0.00 | 0.00 |
| NCO FINANCIAL | Unsecured | 76.00 | NA | NA | 0.00 | 0.00 |
| Nelnet LNS | Unsecured | 686.00 | NA | NA | 0.00 | 0.00 |
| Nelnet LNS | Unsecured | 22,186.00 | NA | NA | 0.00 | 0.00 |
| Northwest Suburban Imaging | Unsecured | 187.00 | NA | NA | 0.00 | 0.00 |
| OAC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE CO LLC | Secured | 500.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE CO LLC | Unsecured | 5,709.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 4,877.00 | 0.00 | 1,940.74 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Secured | 12,500.00 | 19,317.74 | 17,377.00 | 3,556.57 | 831.24 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 560.00 | 590.72 | 590.72 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 493.00 | 492.68 | 492.68 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 407.00 | 407.73 | 407.73 | 0.00 | 0.00 |
| RPM, Inc. | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| School District 158 | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| SECURITY FINANCE | Unsecured | 1,083.00 | 1,064.00 | 1,064.00 | 0.00 | 0.00 |
| Sherman Hospital | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| Sherman Hospital | Unsecured | 2,945.00 | NA | NA | 0.00 | 0.00 |
| Springleaf Financial Services | Secured | 500.00 | 500.00 | 500.00 | 116.31 | 15.17 |
| Springleaf Financial Services | Unsecured | 5,788.00 | 2,329.24 | 2,329.24 | 0.00 | 0.00 |
| Springleaf Financial Services | Unsecured | NA | 4,078.21 | 4,078.21 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,425.00 | 2,073.40 | 2,073.40 | 0.00 | 0.00 |
| T-Mobile | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| T-Mobile | Unsecured | 1,756.00 | NA | NA | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| Vima Ramos | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| Walmart | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| Webbank | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| Woodforest National Bank | Unsecured | 590.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,442.00 | $4,538.54 | $901.57 |
| All Other Secured | $1,000.00 | $232.64 | $30.39 |
| **TOTAL SECURED:** | **$20,442.00** | **$4,771.18** | **$931.96** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$28,767.96** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,313.86 |
| Disbursements to Creditors | $5,703.14 |
| | |
| **TOTAL DISBURSEMENTS** : | **$10,017.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/01/2015                    By: /s/ Tom Vaughn

                                         Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**